# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:14-CR-266 |
| v. | : (Chief Judge Conner) |
| **DARNELL WILLIAMS,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 6th day of February, 2018, upon consideration of the motion (Doc. 386) seeking a judicial recommendation for residential reentry center placement filed *pro se* by defendant Darnell Williams ("Williams"), in which motion Williams requests that the court recommend to the Federal Bureau of Prisons that he be placed in a residential reentry center for the maximum authorized period of twelve months, (id.); see 18 U.S.C. § 3624(c)(1), and the court having directed the government to file a response to Williams' motion no later than January 25, 2018, stating the government's position concerning the motion and fully outlining the government's reasons therefor, (see Doc. 387), and it appearing that the government has not complied with the court's order, it is hereby ORDERED that, no later than **Monday, February 12, 2018**, counsel for the government SHALL FILE a response to Williams' motion (Doc. 386) stating the government's position and fully outlining the reasons for same.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania