# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:14-CR-266 |
| v. | : (Chief Judge Conner) |
| **DARNELL WILLIAMS,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 19th day of March, 2018, upon consideration of the motion (Doc. 386) for recommendation for residential reentry center placement filed *pro se* by defendant Darnell Williams ("Williams"), requesting that the court recommend to the Federal Bureau of Prisons that he be placed in a residential reentry center for the maximum authorized statutory period of twelve (12) months, (see id.), and following review of the record *sub judice* and the parties' submissions in support of and opposition to Williams' instant motion, (see id.; Doc. 392), and the court electing to stand on its observations on the record at sentencing and to defer to the Federal Bureau of Prisons' assessment and discretion based on Williams' behavior during his term of imprisonment, see also 18 U.S.C. § 3621(b)(4), it is hereby ORDERED that Williams' motion (Doc. 386) requesting a specific recommendation to the Federal Bureau of Prisons is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania